[No. 45599-4-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RIKKI DONNELL COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03452-6, Frank E. Cuthbertson, J., entered November 15, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 45653-2-II.   Division Two.   January 13, 2015.]

DARLENE FLETCHER, *Appellant*, v. GRAYS HARBOR COMMUNITY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-2-00066-7, Gordon Godfrey, J., entered November 4, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 31725-1-III.   Division Three.   January 13, 2015.]

*In the Matter of the Parentage of* J.T.S.

EVAN BJORN LANI PAVLIC, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-5-00064-3, John O. Cooney, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31239-9-III.   Division Three.   January 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MONREAL HOGUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02703-1, Tari S. Eitzen, J., entered October 25, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.